FILED
2006 Mar-17  AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ERNEST AKEEM, as the Rep. of the Estate of ERNEST A. HUBBARD, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CV-02-RRA-465-M |
| COMMISSIONER MIKE HALEY, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 1, 2006, recommending among other things, that defendant Donna Jones's motion for summary judgment (doc. 50) be granted and the case against her be dismissed with prejudice.  The plaintiff has agreed to the entry of summary judgment on behalf of Ms. Jones.  Accordingly, defendant Jones's motion for summary judgment is due to be GRANTED and this action against her is due to be DISMISSED WITH PREJUDICE.  An appropriate order will be entered.

This court makes no findings as to the remainder of the Report and Recommendation.

DONE this the 17th day of March, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE