FILED
2006 Mar-29 PM 01:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ERNEST AKEEM, as the Rep. of the Estate of ERNEST A. HUBBARD, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CV-02-RRA-465-M |
| COMMISSIONER MIKE HALEY, et al., | ) ) ) |
| Defendants. | ) |

ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that summary judgment is **GRANTED** in favor of the defendants and against the plaintiff, and this action is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 29th day of March, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE